**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

MALIK SHAHEED X
ADC # 110112 PLAINTIFF
aka Willie L. Dailey

V. 4:09CV00285 GTE

PULASKI COUNTY JUDICIAL BRANCH; TERRY RANEY-BALL, Deputy Prosecuting Attorney; JOHN JOHNSON, Asst. Deputy Prosecuting Attorney; WILLIAM ARDEN McLEAN, Defense Attorney; and JOHN B. PLEGGE, Circuit Judge, Pulaski County DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 20th day of April, 2009.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE